# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 5:18-CR-00040-001 |
| Raymond Gutierrez ) | |
| ) | USM No: 00938-120 |
| Date of Original Judgment: May 15, 2019 ) | |
| Date of Previous Amended Judgment: ) | Becky C. Wilcox |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under Amendment 821 for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    130    months **is reduced to**    120   .

Gutierrez was originally sentenced on May 7, 2019, to a term of 150 months imprisonment to be served consecutively with the sentence imposed in Chatham County Superior Court Case Number CR15-2540-J3. His imprisonment is to be followed by four years of supervised release. He is required to pay $100 for his mandatory assessment.

The Court determined that his total offense level was 27 and his criminal history category was VI, which yielded an advisory sentencing range of 130-162 months. His criminal history subtotal was eleven (11). Two additional criminal history points were added for being under a criminal justice sentence when he committed the instant Federal offense. This resulted in 13 criminal history points which yielded a criminal history category VI.

Based on retroactive Amendment 821, Part A to the United States Sentencing Guidelines, defendants with seven (7) or more criminal history points receive one point for being under a criminal justice sentence instead of two when he was originally sentenced. A total of twelve (12) criminal history points yields a criminal history category V. A total offense level 27 with a criminal history category V, yields an advisory sentencing range of 120-150 months. The Government opined that a sentence at the low end of the newly computed advisory guideline range is appropriate, and the Court concurs.

Except as otherwise provided, all provisions of the judgment dated    May 15, 2019    shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 1/29/24

Judge's signature

Effective Date: February 1, 2024
*(if different from order date)*

Tilman E. Self, III, United States District Judge
*Printed name and title*